JAMES G. POINTON, Appellant, v. WILLIAMS STEAMSHIP COMPANY, Respondent.— Order setting aside verdict and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

ABRAHAM POLLACK, Respondent, v. KOHLWEIN REALTY CORPORATION, Appellant, and ELLA D. CARR, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENZO AMORÉ, Appellant.†— Judgment of conviction of the County Court of Richmond county unanimously affirmed. (People v. Mallon, 116 App. Div. 425; affd., 189 N. Y. 520; Code Crim. Proc. § 542.) Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN BONAMART, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK DU BOIS, Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RALPH B. CARTER, JR., Respondent, v. ELISE S. CARTER, Appellant.— Order, in so far as appealed from, reversed upon the law, with ten dollars costs and disbursements, and motion to vacate order of March 29, 1927, granted, with ten dollars costs. The New Jersey decree, which awarded the custody of the child to the mother, rendered ineffective the order which has been vacated. Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN M. JENSEN and AUGUSTUS BRAZEL, Relators, v. JOSEPH A. WARREN, as Police Commissioner of the City of New York, Respondent.— Determination of police commissioner in each case unanimously confirmed and certiorari proceeding dismissed, with fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM H. UPTON, Relator, v. RICHARD E. ENRIGHT, as Police Commissioner of the City of New York, Respondent.— Determination of police commissioner unanimously confirmed and certiorari proceeding dismissed, with fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.